FREDERICK E. FRIEDMAN, Appellant, *v.* CHARLES BENDER, as President of Local Union No. 43, International Brotherhood of Electrical Workers, Respondent.

*Friedman* v. *Bender*, 180 App. Div. 920, affirmed.

(Argued October 15, 1918; decided October 29, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme. Court in the fourth judicial department, entered October 20, 1917, unanimously affirming. a judgment of Special Term in so far as appealed from by the plaintiff, who was an electrician and had been expelled from defendant union. The action was brought in equity to compel his restoration to membership; to enjoin defendant and its officers from interfering with his employment and to recover damages. The court at Special Term awarded judgment in favor of plaintiff upon the first two counts but denied any award of damages.

*Frank Hopkins* for appellant. ·

*Ray B. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.